◼ In the Matter of AARON McRAE, Petitioner, v SUFFOLK COUNTY CLERK'S OFFICE, Respondent. [966 NYS2d 912]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the Suffolk County Clerk's Office to provide the petitioner with a complete index of all documents on file in connection with Suffolk County indictment No. 1996-10, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the proceeding is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 506 [b]; 7804 [b]). Skelos, J.P., Dickerson, Chambers and Roman, JJ., concur.